Miller -Lerman, J., concurring.
 

 I concur with the majority reading of
 
 Neb. Rev. Stat. § 43-2922
 
 (Reissue 2016) to the effect that before special findings under § 43-2922 are required, the evidence must show an act of abuse as defined in
 
 Neb. Rev. Stat. § 42-903
 
 (Reissue 2016) and, in addition (per § 43-2922 ), a pattern or history of abuse.
 

 The majority concludes that there was not sufficient evidence to find an act of abuse under § 42-903 on this record. I disagree.
 

 Section 42-903(1)(a) defines "[a]buse" as, inter alia, "[a]ttempting to cause or intentionally and knowingly causing bodily injury with or without a dangerous instrument" to a family or household member.
 

 On this record, both parties agree that during a "[d]isagreement," Caleb "slapped" or "open hand smacked" Marissa.
 

 I believe these undisputed facts show that Caleb was "[a]ttempting to cause ... bodily injury," § 42-903(1)(a), and therefore, that "an act of abuse" for purposes of § 43-2922 was shown. However, because there was no "pattern" or "history" as those terms are used in the text of § 43-2922, I agree with
 the majority that the court was not required to make special findings under § 43-2922.